UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ISP US HOLDINGS D/B/A KEHOE FRANCE DAY SCHOOL INC., ISP KEHOE HOLDINGS, LLC, AND/OR KEHOE-FRANCE, INC.,**     Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-05349** |
| **CERTAIN UNDERWRITERS AT LLOYDS, LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE OLD REPUBLIC UNION INSURANCE COMPANY, GEOVERA SPECIALTY INSURANCE COMPANY AND TRANSVERSE SPECIALTY INSURANCE COMPANY,**     Defendants | **SECTION: "E" (1)** |

## ORDER

Before the Court is Defendants' Motion to Compel Arbitration and Stay Proceedings.[1] Plaintiffs filed an opposition.[2] Defendants replied.[3] Plaintiffs do not object to the form of order proposed in Defendants' reply.[4]

Accordingly;

**IT IS ORDERED** that the Motion to Compel Arbitration and Stay all Proceedings[5] is **GRANTED**.

---

[1] R. Doc. 7.
[2] R. Doc. 11.
[3] R. Doc. 17.
[4] Email to the Court from counsel for Plaintiffs, received Oct. 16, 2023.
[5] R. Doc. 7.

**IT IS FURTHER ORDERED** that the matter is **STAYED** pending arbitration and administratively closed. Any party may move to lift the stay and reopen the case within 30 days of the date of the conclusion of the arbitration.

**New Orleans, Louisiana, this 16th day of October, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**